**Ernest E. ANDREWS et al., Plaintiffs-Appellants, v. A. F. KAESER et al., Defendants-Appellees.**

**No. 6686.**

Circuit Court of Appeals, Seventh Circuit.

June 17, 1938.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellees, counsel for appellants consenting thereto in writing, it is now here ordered, adjudged

and decreed by this Court that this cause be docketed in this Court, and that this appeal be, and the same is hereby, dismissed, with costs.